UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ESTHER HERZ,

                        Plaintiff,

-against-

TRANSAMERICA LIFE INSURANCE COMPANY,
and TRANSAMERICA FINANCIAL LIFE INSURANCE
COMPANY,

                        Defendants.
------------------------------------------------------------------X

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

ECF CASE

Docket No. 1:16-CV-4416

**WHEREAS** plaintiff Esther Herz commenced this action on August 8, 2016 by filing a complaint against Transamerica Life Insurance Company and Transamerica Financial Life Insurance Company ("defendants") alleging, *inter alia*, breach of contract and other related causes of action arising out of defendants' refusal to pay a life insurance policy following the accidental death of plaintiff's husband on January 4, 2013; and

**WHEREAS**, plaintiff Esther Herz, through her counsel, Cary London, Esq., has voluntarily agreed to dismiss the complaint in its entirety without prejudice for re-filing in State Court;

**NOW, THEREFORE,** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that the above referenced action is hereby dismissed against the defendants, without prejudice, and without costs, expenses, or attorney's fees.

Dated: Brooklyn, New York
November 14, 2016

                                              London Indusi LLP
                                              *Attorneys for Plaintiff*
                                              186 Joralemon Street, Suite 1202
                                              Brooklyn, NY 11201

                                              By: _____
                                                    Cary London, Esq.
                                                    *Attorney for Plaintiff*


SO ORDERED:


_____
U.S.D.J.